UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 08 B 20727
    LANDON M HUDSON
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5016

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/08/2008 and was confirmed 11/10/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/05/2009.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AA EFCU | UNSECURED | NOT FILED | .00 | .00 |
| AMC MORTGAGE SERV | UNSECURED | NOT FILED | .00 | .00 |
| AA EFCU | UNSECURED | 500.00 | .00 | .00 |
| THE ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE NA | UNSECURED | NOT FILED | .00 | .00 |
| CITI BP OIL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | 1410.11 | .00 | .00 |
| CORUS BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT&T/SBC/ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1995.35 | .00 | .00 |
| EVANS | UNSECURED | NOT FILED | .00 | .00 |
| GUARNATY GROUP | UNSECURED | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| HSBC/RS | UNSECURED | NOT FILED | .00 | .00 |
| IVANHOE FINANCIAL INC | UNSECURED | NOT FILED | .00 | .00 |
| JOHNSON BLUMBERG & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 715.73 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 394.11 | .00 | .00 |
| MILLENNIUM CREDIT CONSUL | NOTICE ONLY | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1030.16 | .00 | .00 |
| SCA EVANS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS/CBSD | UNSECURED | NOT FILED | .00 | .00 |
| SHELL OIL CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 380.45 | .00 | .00 |
| *VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| *VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 08 B 20727 LANDON M HUDSON

```
AMERICREDIT FINANCIAL SV  SECURED VEHIC       .00              .00              .00
AMERICREDIT FINANCIAL SV  UNSECURED   NOT FILED               .00              .00
CITIFINANCIAL             SECURED NOT I  6243.62              .00              .00
CITY OF CHICAGO WATER DE  SECURED          354.00             .00            17.70
ILLINOIS DEPT OF REVENUE  SECURED          563.00             .00            37.52
JOHNSON BLUMBERG & ASSOC  MORTGAGE NOTI NOT FILED             .00              .00
MERRILL LYNCH MORTGAGE    CURRENT MORTG      .00              .00              .00
MERRILL LYNCH MORTGAGE    MORTGAGE ARRE      .00              .00              .00
KIMBERLY HUDSON           NOTICE ONLY   NOT FILED             .00              .00
WILSHIRE CREDIT CORPORAT  MORTGAGE NOTI NOT FILED             .00              .00
UNITED CONSUMER FINANCIA  SECURED          150.00             .63            25.11
LEGAL HELPERS PC          DEBTOR ATTY    2,350.00                         1,878.81
TOM VAUGHN                TRUSTEE                                            152.23
DEBTOR REFUND             REFUND                                               .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

```
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                   2,112.00

PRIORITY                                          .00
SECURED                                         80.33
     INTEREST                                     .63
UNSECURED                                         .00
ADMINISTRATIVE                                1,878.81
TRUSTEE COMPENSATION                            152.23
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                   2,112.00             2,112.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE